## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | June 4, 2020 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-19-3978 (AMD) |
| **NAME OF CASE(S):** | **ALSTON, ET AL. -V- CITY OF NEW YORK, ET AL.** |
| **FOR PLAINTIFF(S):** | Berger |
| **FOR DEFENDANT(S):** | Brocker |
| **NEXT CONFERENCE(S):** | **AUGUST 4, 2020 AT 12:00 P.M., BY PHONE** |
| **FTR/COURT REPORTER:** | 11:05 - 11:34 (AT&T) |

**RULINGS FROM MOTION HEARING:**

For the reasons discussed on the record, Defendants' Motion to Stay Discovery [49] is denied at this time. Parties will attempt to complete document discovery by July 31, 2020. The Court will hold a telephone status conference on August 4, 2020 at 12:00 p.m.