UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
JACQUELINE ALSTON; JAQUANA GREEN; LEGIND
GREEN, individually and as Father and Natural Guardian
of L.G., JR. (age 5); and ELIJAH PETERS,

                                                                         19 CV 3978 (ST)

                              Plaintiffs,

                     -against-                           INFANT COMPROMISE
                                                                         ORDER

THE CITY OF NEW YORK; DETECTIVE THIRD-GRADE
RICHARD REILLY, Shield 1475, Brooklyn Narcotics South;
And JOHN and JANE DOES 1-10,

                              Defendants.

-----------------------------------------------------------------------------X

       District Judge Kovner having ordered, upon consent of the parties, that all future proceedings in this case shall be conducted by Magistrate Judge Steven Tiscione, and

       Plaintiff Legind Green having applied for an Order authorizing and empowering him to compromise this action with respect to the infant plaintiff L.G., Jr., and

       Upon the reading and filing of the declarations of plaintiff Legind Green and plaintiffs' attorney Joel Berger, Esq., submitted herewith, and

       It appearing that the infant L.J., Jr. was born on May 16, 2014, and it further appearing that the best interests of the infant will be served by the settlement and compromise, and due deliberation having been had herein, and upon all past papers and proceedings herein;

       NOW, on application of plaintiff Legind Green by his attorney, Joel Berger, Esq., it is hereby

       **ORDERED**, that plaintiff Legind Green be and hereby is permitted to enter into a compromise and settlement of the infant's claims for relief by payment by defendants; and it is further

**ORDERED**, that defendants will make a check bearing the infant's full name for $9,000, to be held in trust for him with Legind Green as trustee until he turns 18, subject to any withdrawals that may be allowed with Court approval; and it is further

**ORDERED**, that plaintiff Legind Green deposit the funds for his son L.G., Jr., into an interest bearing custodial or trust bank account, to be held for the sole use and benefit of L.G., Jr., until the infant reaches the age of eighteen years, in an account paying the highest rate of interest available, provided that all funds will be available to L.G., Jr.. on the date upon which he attains the age of eighteen years; and it is further

**ORDERED**, that plaintiff Legind Green may not make any withdrawal from said account prior to L.G., Jr., attaining the age of 18 except upon prior Order of this Court, and that any application for permission to make any such withdrawal from said account must demonstrate that the withdrawal will be for L.G. Jr.'s sole use and benefit; and it is further

**ORDERED**, that when L.G., Jr., shall have attained the age of eighteen years, upon demand therefore, together with presentation of the proper proof of said age, the bank in which the funds have been deposited is directed to pay over to said infant all monies then on deposit in said account, together with all interest accrued thereon; and it is further,

**ORDERED**, that upon full compliance with all of the terms of this Order, plaintiff Legind Green is authorized, empowered, and permitted to execute and deliver a General Release and any other papers necessary to effectuate the compromise and settlement herein; and it is further

**ORDERED**, that the filing of a bond herein be dispensed with.

Dated:   Brooklyn, New York
         April ___, 2021

**E N T E R:**

_____
**HON.  STEVEN TISCIONE**
**United States Magistrate Judge**